## United States District Court
## For The Western District of North Carolina
## Statesville Division

FILED
STATESVILLE, N.C.

JUN 2 4 2005

U.S. DISTRICT COURT
W. DIST. OF NC

CYNTHIA WILLIAMS,

        Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   CASE NO. 5:03CV61

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 24, 2005, Order.

June 24, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk